IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT THOMAS,
     Plaintiff,

                                                          CV# 05-1646-JE

vs.

                                                            ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,
     Defendant.

_____

          Based upon the stipulation of the parties, it is hereby ORDERED that

attorney fees in the amount of $5,585.25 are awarded to Plaintiff pursuant to the Equal

Access to Justice Act, 28 U.S.C. § 2412.  The check shall be made out to Plaintiff and

mailed to Plaintiff's attorney's office:  Merrill Schneider, P.O. Box 16310, Portland, OR

97292-0310.  There are no costs or expenses to be paid herein.

     DATED this 31 day of _____August_____, 2007.

                                _____

                                John Jelderks
                                United States ~~District~~ Judge
                                     MAGISTRATE