IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Robert Thomas,
              Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
              Defendant.

_____

CV# 05-1646-JE

ORDER

      Based on the unopposed Motion of Plaintiff's attorney court for approval of attorney's fees in the amount of $7523 under 42 U.S.C. § 406(b), the court finds that such fees are justified based upon the facts set forth In the Memorandum in Support of the motion, and

      It is hereby ORDERED that attorney fees in the amount of $7523.00 are awarded pursuant to 42 U.S.C. § 406(b).

      DATED this 29th day of January, 2008.

                                              __/s/John_Jelderks_____
                                              John Jelderks
                                              United States Magistrate Judge